## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Bernard Flanigan    :    Chapter 13
                    :
                    :    Case No.: 16-11934
                    :

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw *#21 Certificate of No Response*, which was incorrectly filed on the docket. Thank you.

Very Truly Yours,

Dated: September 22, 2016

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtor